UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SANCHEZ,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, RESIDENTIAL CREDIT SOLUTIONS, INC., HOMEWARD RESIDENTIAL, AURORA BANK, FSB, EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC,<br><br>　　　　　　　　Defendants. | Case No.: 18cv587 JM (JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION FOR DEFENDANT HOMEWARD RESIDENTIAL, INC. TO RESPOND TO COMPLAINT** |

　　The court, having read and considered the Joint Motion by Plaintiff Sylvia Sanchez and Defendant Homeward Residential, Inc. ("Homeward") for an order extending the deadline for Homeward to respond to Plaintiff's Complaint, and for good cause appearing, grants the motion. Homeward shall have up to and including *May 16, 2018* to respond to the Complaint.

　　IT IS SO ORDERED.

DATED: April 20, 2018

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　United States District Judge

1